Roberts, Appellant, *v.* Roberts.

Argued March 15, 1976.

*Thomas J. Jones*, submitted a brief for appellant; *John J. Byrne*, for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent examination of the entire record, we are of the opinion that the court below properly refused a divorce in this case.

Rose et ux. *v.* Biddle, Appellant, et al.

Argued March 15, 1976. *Paul A. Liebman*, for appellant; *Anthony Creato*, with him *Abram P. Piwosky*, and *Mesirov, Gelman, Jaffe & Cramer*, for appellees.

Order affirmed.